**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CR. No. 26-20330-MSN** |
| | ) | |
| **LARRY BERRY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

---

**MOTION TO DISMISS COMPLAINT**

---

The United States respectfully requests that this matter be dismissed by this Court with prejudice. After fleeing the state of Tennessee into Mississippi to avoid prosecution, the Defendant died from a self-inflicted gunshot wound.

Respectfully submitted,

D. Michael Dunavant
United States Attorney

By: *<u>/s/Jennifer Musselwhite</u>*
Jennifer Musselwhite
Assistant United States Attorney
167 N. Main Street, Suite 800
Memphis, TN 38103
901-544-4231